AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ELIZABETH M. BARROS |
| Date | Signature |
|  | Print Name                                          Bar Number |
|  | Address |
|  | City                           State                    Zip Code |
|  | Phone Number                                        Fax Number |

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Ulises Cruz-Espindola

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08MJ2457
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                ) **CERTIFICATE OF SERVICE**
                                      )
14 | ULISES CRUZ-ESPINDOLA,            )
                                      )
15 |         Defendant.                )
   |_____   )
16

17         Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                         U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
19

20                                      Respectfully submitted,

21

22 DATED:     August 14, 2008            /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Ulises Cruz-Espindola
24

25

26

27

28